

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 22, 2026

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>    Re:    *United States v. Jonathan Eric Gardiner*, 24 Cr. 655 (GHW)

Dear Judge Woods:

The Government respectfully writes to request an adjournment of the initial appearance of defendant Jonathan Eric Gardiner in the above-captioned case, currently scheduled for June 24, 2026 at 10:00 a.m., to June 25, 2026 at 10:00 a.m., to provide Pretrial Services with adequate time to conduct an interview of the defendant in the presence of defense counsel, in advance of a potential bail application from the defense.

The Government also respectfully requests, with the consent of the above-referenced defendant, that the time between June 24, 2026 and the adjourned status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, for the reasons set forth above.

>    Respectfully submitted,
>
>    JAY CLAYTON
>    United States Attorney
>
>
>    By: _____/s/_____
>    Jonathan L. Bodansky
>    Juliana N. Murray
>    Assistant United States Attorneys
>    (212) 637-2385 / -2314

cc:    Susy Ribero-Ayala, Esq. (via ECF)