USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                   :

UNITED STATES OF AMERICA,        :

                                   :

       -v-                      :           1:24-cr-655-GHW-14

                                   :

JONATHAN ERIC GARDINER,      :           ORDER

                                   :

                Defendant.   :

                                   :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, JONATHAN BODANSKY and JULIANA N. MURRAY, Assistant United States Attorneys, of counsel, and with the consent of JONATHAN ERIC GARDINER, by and through his attorney, SUSY RIBERO-AYALA, it is hereby ORDERED that the pretrial conference in this case be continued from June 24, 2026 to June 25, 2026 at 10:00 am.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant the continuance would deny the reasonable time necessary for effective preparation. Accordingly, it is further ORDERED that the time from the date of this order through June 25, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending Dkt. No. 116.

SO ORDERED.

Dated: June 23, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge