# EXHIBIT A



# EXHIBIT B



Bank of The Bahamas Limited
John F Kennedy Drive Branch
Teller: QORNELUS
BOB TIN: 100116418

Account Name:
Account Number:
Paid To: 20*100
ID Type: DRIVERS LICENSE
200×100

Withdrawal Amount
STAMP DUTY
IN HOUSE CASH WITHDRAWAL
VAT
In House Cash Withdrawal Fee
VAT
Total Withdrawal Amount

Cash Withdrawal
11-MAY-2026 11:24:45
Transaction Number: 166CWDL261310048
Customer TIN: 101720250

TOP NOTCH BUILDERS LIMITED
1350004027                        Account OCY        BSD

— ID No: 401119600

|  | 20,000.00 | BSD |
|  | 0.40 | BSD |
|  | 3.00 | BSD |
|  | 0.30 | BSD |
|  | 100.00 | BSD |
|  | 10.00 | BSD |
|  | 20,113.70 | BSD |

Customer Signature:
JONATHAN GARDINER

Jonathan Gardiner

# EXHIBIT C

# Dissecting the election data

May 20, 2026



The official results of the 2026 general election, released by the Parliamentary Registration Department over the weekend, confirm what election night on May 12 already suggested.

The Progressive Liberal Party (PLP) consolidated its position as the dominant political force in Bahamian politics, while the Free National Movement (FNM), despite avoiding total collapse, failed to meaningfully recover from its devastating 2021 defeat.

In the immediate aftermath of the vote, much of the early discussion centered on turnout.

Initial appearances suggested that turnout may have fallen to another historic low for a general election.

In the days that followed, however, it was difficult to determine the true picture.

As speculation spread quickly and hardened into a perception of a voting population almost wholly turned off from the process, the absence of timely official figures allowed uncertainty to fill the gap.

The final numbers now show a more measured reality.

Turnout i ⊗ , but the downwar

Dissecting the election data | Opinion | thenassauguardian.com

That confusion can be blamed, in large part, on the slowness of the Parliamentary Registration Department in releasing the official count figures, even though the unofficial count took place shortly after the close of polls in most constituencies.

That delay speaks once again to the need for reform of our electoral system, particularly in a democracy as small as ours, where timely and transparent reporting should not be beyond reach.

Still, the numbers now before us paint a clearer picture.

The PLP increased its raw vote total from 66,407 votes in 2021 to 71,245 votes in 2026.

It improved its share of the popular vote from roughly 49 percent in 2021 to 51 percent this year, importantly being able to say that it got a majority of the vote.

More importantly, it converted that support into an overwhelming 33-seat majority in the House of Assembly.

The FNM gained marginal ground, moving from 46,030 votes in 2021 to 48,863 votes in 2026.

Its share of the popular vote actually slipped slightly from 36.45 percent to 35 percent.

It gained only one additional seat for a total of eight.

It was still a terrible performance.

After five years of economic recovery, inflationary pressure, lingering frustration over crime and cost of living concerns, and constant criticism of the Davis administration, the FNM still failed to convince enough Bahamians that it deserved another chance.

The PLP largely held its coalition together and bucked the trend of electoral erosion for incumbents.

Prime Minister Philip Davis improved his own performance dramatically in Cat Island, Rum Cay and San Salvador, moving from 70 percent support in 2021 to 80 percent in 2026.

Deputy Prime Minister Chester Cooper saw some slippage in Exuma and Ragged Island, but still secured more votes than in 2021, and ended with a commanding 63.6 percent of the vote.

While there was clearly no outsized enthusiasm for the PLP, the numbers do not show a party in decline.

Case 1:24-cr-00655-GHW    Document 118-1 | Opinion | thenassauguardian.com    Filed 06/24/26    Page 8 of 14

The PLP did experience some softening in certain constituencies, but much of that erosion appears to have benefited the Coalition of Independents rather than the FNM.

That may be the most politically significant development buried within the numbers.

The COI doubled its vote total from 8,388 votes in 2021 to 17,095 votes in 2026, increasing its overall share from 6.64 percent to 12 percent.

It did not win seats, but it undeniably altered races.

The FNM should be especially concerned about where many of those COI votes came from.

In Pinewood, Lincoln Bain outpolled the FNM candidate outright.

The COI clearly damaged the FNM in many contests.

Despite its impact, there is serious doubt as to whether the COI will last until the next general election.

Sheer political determination will probably not be enough.

Still, this election likely contains a warning for both major parties.

The FNM would be foolhardy to assume that simply running Pintard again will produce a different national outcome.

The party has now failed twice to persuade enough Bahamians that it represents a compelling alternative government.

But there aren't many more readily apparent, broadly palatable options to supplant Pintard anytime soon.

At the same time, the PLP should be careful not to overread its victory.

The overall numbers still show that 49 percent of voters chose someone other than the governing party.

And only 34 percent of registered voters actively voted for the PLP.

Dominance today does not guarantee permanence tomorrow, particularly if public frustration deepens.

Learn more about your privacy options

# EXHIBIT D

# The Tribune

- Login or Sign up

## Golding criticises lack of campaign finance laws



Former Prime Minister of Jamaica Bruce Golding speaks during a press conference at the British Colonial Hilton on May 14, 2026. Photo: Nikia Charlton

As of Friday, May 15, 2026

- Sign in to favorite this
- Discuss 9 comments, Blog about
- Share this Email, Facebook, Twitter

By LEANDRA ROLLE

Tribune Chief Reporter

lrolle@tribunemedia.net

BAHAMIAN elections remain wide open to the influence of money because successive governments have failed to pass campaign finance laws despite years of warnings, former Jamaican Prime Minister Bruce Golding said yesterday.

Mr Golding, chairperson of the Commonwealth Observer Group, criticised the lack of progress during a press conference at the British Colonial, where the group presented its preliminary assessment of the 2026 general election.

He said the issue has been repeatedly flagged by observer missions, but reform has not followed. He recalled jokingly telling the Secretary General that international bodies could spend another century sending observers to The Bahamas to make the same recommendations, only to have them ignored.

"As I said before, I don't think even the Commonwealth Secretariat and throw in OAS and throw in CARICOM, I don't believe that they alone will be able to persuade the reforms that are necessary," he said.

"The people of The Bahamas need to make this their business. It is their democracy. It is their future. Politicians, you know, can afford not to listen to the Commonwealth Secretariat, but they are not refusing to listen to the people, and therefore much of the hope has to depend on the level of activism that the people in The Bahamas display."

Campaign finance reform has been raised for years and repeatedly promised by the major political parties, but has never been implemented.

In 2024, Prime Minister Philip "Brave" Davis said campaign finance reform was not among his administration's priorities, despite earlier promises to advance it.

Mr Golding said it is not unusual for political parties to embrace reform proposals while in opposition, only for that urgency to fade once they form government. He described it as a pattern he has seen across Commonwealth countries.

The absence of campaign finance laws stood out during this election cycle amid heightened activity by candidates offering gifts and vouchers, which some critics said amounted to vote buying. Privately, FNM insiders say the PLP flooded the country with money.

Mr Golding said small countries like The Bahamas, where constituencies have relatively few voters, are especially vulnerable to the influence of money and potential vote buying.

He warned that wealthy candidates or parties could calculate how many votes they need to win and use financial resources to secure support.

"This is something that worries us," he said.

Mr Golding proposed registering political parties, saying they wield too much influence to continue operating anonymously.

He also recommended laws to cap political donations from people and businesses, as well as limits on campaign spending by candidates and political parties.

Violations of those rules, he said, should attract significant sanctions.

Mr Golding also recommended a code of conduct for political parties and candidates, saying such guidelines could help regulate campaign behaviour and curb personal attacks on opponents, particularly on social media.

## Around The Web



# EXHIBIT E

This Document Prepared By and Return to:
M. JORGE ARECES, ESQ
780 NW LEJEUNE RD.
SUITE #318
MIAMI, FL. 33126

OFF. REC. 18718PG2280

99R395287 1999 JUL 29 16:09

DOCSTPDEE    558.00 SURTX    0.00
HARVEY RUVIN, CLERK DADE COUNTY, FL

Parcel ID Number: 30-4003-040-0510

# Warranty Deed

This Indenture,    Made this  22nd  day of    July    , 19 99 A.D.,    Between
SONIA RILEY, a single woman

of the County of  MIAMI-DADE                      ,    State of  Florida    , grantor,  and
KESHLIA LOCKHART, a single woman

whose address is:  611 NW 82TH AVE. #307, Miami, FL 33126

                              ,    State of  Florida    , grantee.
of the County of  Miami-Dade

Witnesseth  that the GRANTOR, for and in consideration of the sum of
--------------------------TEN DOLLARS ($10)------------------------    DOLLARS,
and other good and valuable consideration to GRANTOR in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs, successors and assigns forever, the following described land, situate, lying and being in the County of  Miami-Dade                State of  Florida                to wit:

CONDOMINIUM UNIT NO. 307 IN BUILDING NO. 3, OF CHATEAUBLEAU VILLAS AT MIDWAY CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 16811, AT PAGE 546 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION.

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

In Witness Whereof, the grantor has hereunto set her hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Printed Name:  R GARCIA
Witness

                                        SONIA RILEY                    (Seal)
                                        P.O. Address: 10305 SW 209 LN., MIAMI, FL 33187

Printed Name: Tina Diaz
Witness

STATE OF  Florida
COUNTY OF  MIAMI-DADE
The foregoing instrument was acknowledged before me this  22nd  day of  July    , 19 99
SONIA RILEY, a single woman

she is personally known to me or she has produced her  Florida driver's license  as identification.

Printed Name:
Notary Public
My Commission Expires:

NOTARY PUBLIC - STATE OF FLORIDA
SORAYA ZIYAD
COMMISSION # CC834726
EXPIRES 6/26/2003
BONDED THRU ASA 1-888-NOTARY

NOTARY PUBLIC - STATE OF FLORID
SORAYA ZIYAD
COMMISSION # CC834726
EXPIRES 6/26/2003
BONDED THRU ASA 1-888-NOTAR

Laser Generated by © Display Systems, Inc., 1998  (941) 763-5555 Form FLWD-1

1-893-A (5/92) ALTA OWNER'S POLICY (4-6-9)    Florida Modifications    FIDELITY NATIONAL TITLE
INSURANCE COMPANY OF NEW YORK