UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                             :

UNITED STATES OF AMERICA,          :

                                  :

            -v-                    :               1:24-cr-655-GHW-14

                                  :

JONATHAN ERIC GARDINER,       :                  ORDER

                                  :

                Defendant.    :

                                  :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On June 13, 2026, Mr. Gardiner filed a motion to dismiss the complaint.  Dkt. No. 6.  Since Mr. Gardiner filed his motion, he has been indicted by a grand jury.  Dkt. No. 112.  Given the procedural posture of the case since the time Mr. Gardiner filed his motion to dismiss the complaint, the Court understands the issues raised in the motion to be moot.  Should Mr. Gardiner wish to renew any of the arguments raised in his motion, he may do in light of the current posture of this case.  Accordingly, Mr. Gardiner's motion to dismiss, Dkt. No. 6, is DENIED as moot.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 6 and 118.

SO ORDERED.

Dated: June 26, 2026
New York, New York

                                            _____
                                                 GREGORY H. WOODS
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026