The Law Office Of
SUSY RIBERO-AYALA, P.A.

Susy Ribero-Ayala, Esquire
Attorney At Law

121 Alhambra Plaza, Suite 1500
Coral Gables, Florida 33134
Office: (305) 854-4711
Facsimile: (305) 489-8101
SRA@RALAWMIAMI.com

September 11, 2026

***VIA ECF***

The Honorable Gregory H. Woods
United States
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jonathan Eric Gardiner*, 24-Cr- 655-14 (GHW)**

Dear Judge Woods:

I write, respectfully, to request a ninety (30) day extension of time to file pretrial motions on behalf of Mr. Gardiner.

This request is being made because while the co-defendants in this matter were arrested in 2024 and 2025, Mr. Gardiner was only recently arrested on May 12, 2026. Because counsel entered the case late, no prior scheduling order regarding pretrial motions has been directed toward Mr. Gardiner. I therefore respectfully request this extension to allow sufficient time to review the record.

A continuance will provide me with the necessary opportunity to determine whether any pretrial motions are warranted and, if so, to prepare and file them.

Should the Court grant this request, it would obviate the need for the status conference currently scheduled for September 23, 2026. Mr. Gardiner's pretrial motions would then be due on October 12, 2026. The Government consents to this brief continuance.

Respectfully submitted,

Susy Ribero-Ayala
Attorney for Jonathan Eric Gardiner

Cc: All counsel via ECF