The Law Office Of
SUSY RIBERO-AYALA, P.A.

Susy Ribero-Ayala, Esquire
Attorney At Law

**121 Alhambra Plaza, Suite 1500**
**Coral Gables, Florida 33134**
**Office: (305) 854-4711**
**Facsimile: (305) 489-8101**
**SRA@RALAWMIAMI.com**

---

September 11, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/14/2026

**MEMORANDUM ENDORSED**

***VIA ECF***

The Honorable Gregory H. Woods
United States
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jonathan Eric Gardiner*, 24-Cr- 655-14 (GHW)**

Dear Judge Woods:

I write, respectfully, to request a thirty (30) day extension of time to file pretrial motions on behalf of Mr. Gardiner.

This request is being made because while the co-defendants in this matter were arrested in 2024 and 2025, Mr. Gardiner was only recently arrested on May 12, 2026. Because counsel entered the case late, no prior scheduling order regarding pretrial motions has been directed toward Mr. Gardiner. I therefore respectfully request this extension to allow sufficient time to review the record.

A continuance will provide me with the necessary opportunity to determine whether any pretrial motions are warranted and, if so, to prepare and file them.

Should the Court grant this request, it would obviate the need for the status conference currently scheduled for September 23, 2026. Mr. Gardiner's pretrial motions would then be due on October 12, 2026. The Government consents to this brief continuance.

Respectfully submitted,

Susy Ribero-Ayala
Attorney for Jonathan Eric Gardiner

Application granted in part. Pretrial motions by Mr. Gardiner are due no later than October 2, 2026. The Government's opposition to any motions by Mr. Gardiner are due no later than the date that is two weeks following the date of service of Mr. Gardiner's motion. Mr. Gardiner's reply, if any, is due no later than the date that is one week following the date of service of the Government's opposition. The Court will hold a hearing on any defense motions necessitating a hearing on November 20, 2026. Because no request has been made here to adjourn the scheduled conference on September 23, 2026 in a manner that complies with the Court's Individual Rules, and because this letter does not state Mr. Gardiner's position regarding the scheduled trial date of March 1, 2027, the conference scheduled for September 23, 2026 will proceed. Any renewed application to adjourn the conference must be made in full compliance with the Court's Individual Rules, including Rule 2(E), which requires, among other things that a request to adjourn a status conference state the positions of the parties regarding the exclusion of time, and should state whether Mr. Gardiner wishes for the Court to modify the scheduled trial date.
The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 128 and 129.
SO ORDERED.

Dated: September 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge