The Law Office Of
SUSY RIBERO-AYALA, P.A.

Susy Ribero-Ayala, Esquire
Attorney At Law

121 Alhambra Plaza, Suite 1500
Coral Gables, Florida 33134
Office: (305) 854-4711
Facsimile: (305) 489-8101
SRA@RALAWMIAMI.com

---

September 21, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

**MEMORANDUM ENDORSED**

***VIA ECF***

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jonathan Eric Gardiner*, 24-Cr-655-14 (GHW)**

Dear Judge Woods:

Jonathan Eric Gardiner [Defendant #14] respectfully writes regarding the status conference currently scheduled for September 23, 2026 and to request an additional sixty-day extension of Mr. Gardiner's deadline to file pretrial motions.

No prior request has been made to adjourn the September 23 calendar call. The conference was scheduled for the purpose of determining whether Mr. Gardiner wished to proceed to trial with his alleged co-defendants on March 1, 2027, or instead seek an earlier trial date. After consultation with counsel, Mr. Gardiner has elected not to seek an earlier trial and has elected to proceed to trial on March 1, 2027 with his alleged co-defendants.

In light of Mr. Gardiner's election, the issue that prompted the September 23 status conference has been resolved. If the Court determines that Mr. Gardiner's election may be accepted through this submission and that his appearance at the September 23 conference is unnecessary, Defendant respectfully requests that the conference be adjourned to the next status conference to be scheduled by the Court. Defendant recognizes, however, that the Court may wish to conduct the September 23 conference as scheduled, including to address Mr. Gardiner directly concerning his election. Counsel and Mr. Gardiner will therefore appear on September 23 unless otherwise directed by the Court.

Defendant also respectfully requests an additional sixty-day extension of the deadline to file pretrial motions, from October 2, 2026 to December 1, 2026. The original motion deadline was September 11, 2026. The Court previously granted an extension of that deadline to October 2, 2026. This is therefore Defendant's second request for an extension of the pretrial-motion deadline.

Good cause exists for the requested extension. The other defendants in this case were arrested in 2024 and 2025, whereas Mr. Gardiner was not arrested until May 12, 2026 and entered this long-pending multi-defendant case substantially later. Defense counsel must review the discovery and procedural history developed before Mr. Gardiner entered the case, investigate the allegations as they relate specifically to him, and determine which pretrial motions are warranted. The additional sixty days are requested to permit counsel sufficient time to complete that review and investigation and to prepare any appropriate motions.

The Government does not object to an adjournment of the status conference on September 23, 2026. The Government agreed with a 30 day extension to 10/11/2026 in which to file pre-trial motions. However, the government does object to an extension of time to file pretrial motions to 10/11/2026 but does object beyond that time stating "we do not see any valid basis for the requested adjournment, and we worry that the adjourned deadline would fall too close to trial". The Court has set a deadline for Mr. Gardiner to file pre-trial motions until 10/2/2026.

Mr. Gardiner consents to the exclusion of time under the Speedy Trial Act from September 21, 2026 through the date of the next status conference scheduled by the Court. Defendant respectfully submits that the ends of justice served by the requested exclusion outweigh the best interests of the public and the defendant in a speedy trial because Mr. Gardiner has elected to proceed to trial with his alleged co-defendants on March 1, 2027, and the intervening period will permit defense counsel to continue reviewing discovery, investigating the case, preparing any appropriate pretrial motions, and preparing effectively for further proceedings.

A proposed order is being submitted to Chambers in Microsoft Word format in accordance with the Court's Individual Rules.

Respectfully submitted,

Susy Ribero-Ayala
Attorney for Jonathan Eric Gardiner

Cc: All counsel via ECF

Application granted in part. In light of Mr. Gardiner's election to proceed with trial on March 1, 2027, the September 23, 2026 status conference is adjourned *sine die*. The deadline for Mr. Gardiner to submit pretrial motions is extended to October 9, 2026. The Government's opposition to any motions by Mr. Gardiner is due no later than the date that is two weeks following the date of service of Mr. Gardiner's motion. Mr. Gardiner's reply, if any, is due no later than the date that is one week following the date of service of the Government's opposition. The Court will hold a hearing on any defense motions necessitating a hearing on November 20, 2026 at 10:00 a.m. As set out in the Court's February 26, 2026 order, Dkt. No. 98, expert disclosures by the defendant required by Fed. R. Crim P. 16 are due no later than December 28, 2026. Pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than January 4, 2027. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. The brief description of the case and overview of the applicable law described in the Court's February 26, 2026 order are due no later than January 4, 2027. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 132.

SO ORDERED.

Dated: September 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge