The Law Office Of
**SUSY RIBERO-AYALA, P.A.**

Susy Ribero-Ayala, Esquire
Attorney At Law

**121 Alhambra Plaza, Suite 1500**
**Coral Gables, Florida 33134**
**Office: (305) 854-4711**
**Facsimile: (305) 489-8101**
**SRA@RALAWMIAMI.com**

---

October 7, 2026

***VIA ECF***

REQUEST GRANTED IN PART AND DENIED IN PART. The defendant is granted a one-week extension to October 16, 2026 to file pretrial motions. No further extensions will be granted.

10/8/2026 SO ORDERED.



LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Jonathan Eric Gardiner*****, 24-Cr-655-14 (LJL)**

Dear Judge Liman:

Jonathan Eric Gardiner [Defendant #14] respectfully writes to request an additional 3-week extension of Mr. Gardiner's deadline to file pretrial motions.

Undersigned has the flu and outside counsel was just hired last week to assist.

We have several draft motions but with the large volume of discovery of approximately 900,000 pages and having come into the case almost 2 years after the other co- defendants, it has been challenging. Additionally, undersigned has been out with the flu since 10/5/2026 and has not been able to finalize the drafted motions.

Defendant respectfully requests an additional 3-week extension of the deadline to file pretrial motions, from October 9, 2026 to October 30, 2026. The original motion deadline was September 11, 2026. The Court previously granted an extension of that deadline to October 2, 2026 and then to October 9, 2026. This is therefore Defendant's third request for an extension of the pretrial-motion deadline.

Good cause exists for the requested extension. The other defendants in this case were arrested in 2024 and 2025, whereas Mr. Gardiner was not arrested until May 12, 2026 and entered this long-pending multi-defendant case substantially later. Defense counsel must review the discovery and procedural history developed before Mr. Gardiner entered the case, investigate the allegations as they relate specifically to him, and determine which pretrial motions are warranted.

The additional twenty-one days are requested to permit counsel sufficient time to complete that review and investigation, to allow new local co-counsel to familiarize himself with this complex matter and to finalize preparation of all motions. Moreover, undersigned has retained local counsel to assist the defense but has not yet finalized the agreement for him to assist in trial. For now local counsel is assisting with the motions and is familiarizing himself with the case.

The government does not object to an extension of of a one week from 10/9/2026 through 10/16/2026 for the defense to file pre-trial motions. While the defense appreciates their agreement we are nonetheless requesting the deadline for filing motions to be 10/30/26 in light of the foregoing.

Mr. Gardiner consents to the exclusion of time under the Speedy Trial Act from September 21, 2026 through the date of the next status conference scheduled by the Court. Defendant respectfully submits that the ends of justice served by the requested exclusion outweigh the best interests of the public and the defendant in a speedy trial because Mr. Gardiner has elected to proceed to trial with his alleged co-defendants on March 1, 2027, and the intervening period will permit defense counsel to continue reviewing discovery, investigating the case, preparing any appropriate pretrial motions, and preparing effectively for further proceedings.

A proposed order is being submitted to Chambers in Microsoft Word format in accordance with the Court's Individual Rules.

Respectfully submitted,



Susy Ribero-Ayala
Attorney for Jonathan Eric Gardiner

Cc: All counsel via ECF