UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

JONATHAN ERIC GARDINER,

Defendant.

24-CR-655-14 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties to Gardiner's motion to dismiss have raised questions regarding the chain of custody with respect to the phones and notebook obtained at the time of Defendant Gardiner's rescue by the United States Coast Guard and turned over to the Drug Enforcement Administration at the time of Gardiner's arrest. To facilitate the Court's decision on the pending motion, the Government is respectfully requested to deliver to the Court via email – with a copy to the Defendant – the relevant chain-of-custody documents.

SO ORDERED.

Dated: November 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge