The Law Office Of
SUSY RIBERO-AYALA, P.A.

Susy Ribero-Ayala, Esquire
Attorney At Law

**121 Alhambra Plaza, Suite 1500**
**Coral Gables, Florida 33134**
**Office: (305) 854-4711**
**Facsimile: (305) 489-8101**
**SRA@RALAWMIAMI.com**

---

November 19, 2026

***VIA ECF***

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Jonathan Eric Gardiner*, 24-Cr-655-14 (LJL)**
**Defense Letter Correcting Factual Representation in ECF Nos. 145 and 152**

Dear Judge Liman:

On behalf of Defendant Jonathan Eric Gardiner, I respectfully submit this letter to correct a factual representation contained in his pending motion for a *Franks* hearing and suppression of evidence (ECF No. 145) and repeated in his reply memorandum (ECF No. 152).

In ECF No. 145, at page 9, the defense represented that Mr. Gardiner had supplied the telephone number ending in 6984 to United States Customs and Border Protection ("CBP") officers following his May 12, 2026 rescue, characterizing that purported statement as an admission whose occurrence the defense did not dispute. That representation was repeated in ECF No. 152, at page 8, which noted that the opening motion had identified Mr. Gardiner's statement of the 6984 number to CBP.

Those representations were based on my understanding of prior communications with Mr. Gardiner. Following further consultation with Mr. Gardiner, I have determined that my understanding was mistaken. Accordingly, the defense expressly withdraws the representation that Mr. Gardiner personally supplied the 6984 number to CBP officers, together with the characterization of that purported statement as an undisputed admission.

Please note the following regarding the scope of this correction:

- **Scope Limitation:** This correction is limited solely to the alleged statement to CBP. It does not purport to contradict the historical telephone-number attribution reflected in the criminal complaint or the information contained in subsequently produced forensic examination records, which are distinct from evidence that Mr. Gardiner personally identified the number to CBP following his rescue.

- **Record Clarification:** The defense has not identified a contemporaneous CBP record establishing that Mr. Gardiner made the statement previously attributed to him and therefore respectfully requests that the Court not treat the withdrawn representation as an established fact or concession.

- **Preservation of Arguments:** The defense otherwise maintains its pending arguments concerning the circumstances and timing of the seizure and examination of the electronic devices, the sufficiency of the warrant affidavit, and the evidentiary nexus required to justify the searches. Nothing in this letter is intended to concede the accuracy or legal sufficiency of the government's remaining allegations or evidence.

I am submitting this correction promptly upon recognizing the error, in fulfillment of my duty of candor to the Court and to ensure that the pending motions are decided upon an accurate factual record. I respectfully request that the Court take notice of this correction and consider ECF Nos. 145 and 152 as clarified herein.

Respectfully submitted,

Susy Ribero-Ayala
Attorney for Jonathan Eric Gardiner

CC: All counsel via ECF